AO91 (Rev. 12/03) Criminal Complaint　　　　　　　　　　　　　　　　　　AUSA

# UNITED STATES DISTRICT COURT

FILED
JAN 26 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　DEPUTY CLERK

Western District Of Texas Del Rio Division

**UNITED STATES OF AMERICA**
　　　　　　vs.
Michael Steven HYATT

**CRIMINAL COMPLAINT**

Case Number: DR:26-M-390-01

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 24, 2026** in **Val Verde** County, in the **Western District Of Texas** defendant(s), assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer and employee of the United States, that is a United States Border Patrol Agent, while he was engaged in or on account of the performance of his official duties, a Felony.

in violation of Title **18** United States Code, Section(s) **111(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On January 24, 2026, near Del Rio, Texas, Michael Steven Hyatt, a U.S. citizen, was arrested for impeding a Border Patrol Agent in the performance of official duties. Agents encountered Hyatt driving a Nissan Titan and attempted to prevent a traffic stop on a Lincoln SUV. Hyatt positioned his vehicle in the middle of the road to block the agent, and both vehicles initially failed to stop when pursued. The SUV eventually came to a complete stop. As the agent approached the SUV on foot, Hyatt recklessly accelerated toward the agent. Agents then conducted an immigration inspection and determined the SUV's driver, Vanessa Villanueva-Cordova, did not have legal documentation.

Continued on the attached sheet and made a part of this complaint:　　☐ Yes　☒ No

_____
Signature of Complainant

Lampert, Cameron
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 26, 2026　　　　　　　　　　　　　　　　at　　Del Rio, Texas
Date　　　　　　　　　　　　　　　　　　　　　　　　　　City/State

Matthew Watters　　　　U.S. Magistrate Judge　　　_____
Name of Judge　　　　　　Title of Judge　　　　　　　Signature of Judge